**Case No. 13−32872−ssj**

**In re:**

| | |
|---|---|
| Richard L Grant | Laura R Grant |
| 520 Ogen St | 520 Ogen St |
| Hicksville, OH 43526 | Hicksville, OH 43526 |

**Social Security No.:**

xxx−xx−5092                xxx−xx−6724

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Douglas A Dymarkowski is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** November 5, 2013                /s/ SUCCESSOR JUDGE
Form ohnb136a                              United States Bankruptcy Judge